# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Francisco Gonzalez-Soriano )<br>) | Docket Number: CR 06-0757-02 CRB |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 23, 2007 at 9:30 a.m.__ be continued until __March 28, 2007__ at __2:15 p.m.__.

Date: January 23, 2007

Charles R. Breyer
United States District Judge

NDC-PSR-009 12/06/04